Thank you, please be seated the clerk will call the first case Good afternoon, everyone. Welcome to the online call for first district fifth division We have the one case on the agenda for today We're going to ask first that the lawyers who are going to argue please step up and introduce yourselves Good afternoon, my name is Alan Gabe. I'm the attorney for Appalachia petitioner underlying case Benjamin Andrew Good afternoon, my name is Joel Ostrow. I'm here on behalf of the respondent FLE Jacqueline. Thank you counsel We'll allow 20 minutes for each side for argument. The appellant will have an additional five minutes in reply We will let you know that we have read the briefs we understand what the facts are We tend to have lots of questions. So be prepared for that And with that we will excuse Mr. Ostrow to the council table and Mr. Gabe may proceed when he is ready Because we believe that the trial judge made reversible error in four areas Where he granted the respondents to 619 motion Where he ruled that race judicata bar us from proceeding with our amended petition for invalidity of marriage where he ruled that a he could not invalidate a marriage that already doesn't exist and that maintenance cannot be terminated as We all know a 2619 motion admits the legal sufficiency of the complaint and we believe that our complaint our amended petition Did such as that Here are the facts of the case. I know you read it, but I just want to repeat them for the record section 5 section 11-1.20 of the LA criminal code states and pertinent part and I will Quote a person commits criminal sexual assault that person commits an act of sexual penetration and The 17 years of age or over and holds a position of trust authority or supervision in relation To the victim and the victim is at least 13 years of age and under 18 years of age These are the facts that we allege fact my client was 16 years of age when the respondents started grooming him Fact My client was sexually assaulted repeatedly and frequently by the respondent from the time. He was 16 18 Which is something the respondent never denied fact Respondent use her position of trust authority and supervision as his teacher as a coach and a counselor in his high school to take advantage of my client Fact after years of therapy and years of depression my client finally had a breakthrough on September 28 2020 where he realized what had happened to him when he was a minor Mr. Gabe I I'm having a little bit of a difficulty with the case It's we frequently deal with cases where there's an allegation that a Common case that we deal with would be a coarse confession in a criminal case In this particular case, so we're not talking about a period of time where a person was a minor was in black capacity We're not talking about like a McDonald case where someone was adjudicated and had a guardian couldn't consent We're talking about a period of 20 plus years Where You maintain your client's Will was Overborn not on all topics No, no quite specifically only with respect to matters dealing with his now ex-wife That's pretty remarkable Well, that's the problem I have These are questions of theft did indeed my client have a problem When because when he was 16, he was repeatedly sexually assaulted That's a question of fact and that question of fact should not be determined on a motion Practice that should be determined by a trial where we can bring in testimony of not only my client But his therapists and the counselors who have helped them through this depression all these years When he finally got over the emotional distress that he heard But doesn't the law Promote the doctrine of finality and the doctrine of what I'll call fairness Because your client himself filed a petition for dissolution of marriage Right, it's good entered into a marital someone agreement, which is under the auspices of the court and Then years later comes now with addition for dissolution and you know res judicata is one of the issues floating out here but Why isn't this barred by res judicata or latches or hey, it was a binding contract and by that point He's an adult. He's very successful and all of that is in Facts they're all in the pleading. He finally all these facts are recited. We know how old he was. We know how many years went by We know the history. So All that being said how do you still state a cause of action to invalidate the marriage? Because as the court knows there are many cases where people have been sexually abused I look at this case had the positions been reversed if my client was a woman and Teacher was a man There are a plethora of cases out there that show where women have been were traumatized when they were early in in their youth and then they finally came to the realization how they were sexually assaulted and raped and We're able to go back and the statues have changed over the years We're now a person who was raped years ago can go back because they finally realized what happened to them And that's what is happening to my clients in this case. That's why we're asking That we go back and let a trial judge determine the facts Are the facts sufficient that we can prove it? That's on my that's a burden on me to prove it a trial level not at a motion call motion Call says that we didn't say the cause of action. Well, we believe we say the cause of action Whether it's the cause of action we can prove is is something for a trial judge to determine not for The motion call there's a reference in in the briefs to a letter That I believe you were on behalf of your client in 2017 Is that right? That's that's correct Okay, that letter isn't it's referenced in your client's testimony But it's I don't believe the record the the letter itself is in the record But but could you just address what the content of that letter? What what was what was said? Unfortunately, I don't recall and rather than try to guess as I tell my clients never guess I'm sorry, but I don't recall the letter. I know that he Wanted to work something out with her So he wouldn't have to keep making payments and he was going to set up I believe he was going to set up an annuity So she would be taken care of for life regardless of what happened to him, but I don't call me on that I'm just presuming that's what the letter was about. I apologize The issue of whether or not Your clients will have been Overcome as a result of the years of grooming according to the Brief and the documents submitted All The ways after your client had been held in contempt for failing to meet the terms of the Petition-for-vote The Petition for dissolution of marriage was filed Before your client received the Breakthrough. Yes, absolutely. That's yeah, because he wasn't aware of it the petition for dissolution of marriage was 2014 He no longer was under her control or Corrugated because she didn't want the divorce and he filed for it. Nevertheless. So he had some agency of free will No, he didn't they weren't getting along which is different than being under the dominance. I'm just trying to get Chronology straight. I understand But you are correct He filed a petition for dissolution of marriage That was because if they don't get along under the you know, the statute irreconcilable differences cause your true Irretrievable break down the marriage not because of the control Had he known when he filed that petition for dissolution of marriage of what had occurred to him and before We had a breakthrough that would have been alleged in his complaint at that time He would have filed the petition for invalidity at that time, but he wasn't aware of it You can't file something that you don't know has happened to you It wasn't What wasn't he aware of he wasn't aware of How the dominance and control of this woman had over him over him for all these years Controlled his wife gave controlled his life and made him depressed and Throughout the years in that had he known this Excuse me back when he never would have buried her He didn't know when he was 16 years old that he was having a relationship with with his gym teacher who was 43 He didn't know that they didn't know that he knew that fact. He did not know that it was sexual assault So he didn't know a legal consequence of the fact, but he knew the fact well Of course he did he had the sex I'll hear it But that was because of the way she dominated and controlled him. She's the one who instigated the sex She's the one who took him up to, Wisconsin. She's the one who bought him all these presents She's the one who took a boy whose mother had been divorced two times who had no parental guidance who was alone and Unsure of himself and she took him under her wing and she bought him expensive gifts And she controlled him and he didn't realize that that control is why he ended up marrying And then in the course of the marriage which lasted 20 years He's a successful professional. He's a principal at William Blair. He earns in excess of a million dollars a year But that's not what he had in this one area of his life His will is so overcome that he yes, because you can make money doing one thing, but you'd still be depressed You know look at all the people who make millions of dollars from suicide Here's a man who yeah, he was good at what he did his job, but that didn't mean he was emotionally stable That didn't mean he wasn't depressed. Why would he go through the years of his life? Well being depressed is very different from lacking the sort of free will to enter into a contract Well if that's the case that's something to be determined at a trial Is that in fact a trial an issue to be decided by a trial not on a motion? Did he have the free will that's for a trial judge to determine? Did he was he able to overcome all these other obstacles this obstacle to make money? That's the determinant of trial not by motion a motion call should determine whether or not we stated a cause of action and our cause of action Though you may not agree with that we can prove it But it's still a question of fact but to 16 that assumes 619 motion You know all the years under practicing people make it very similar to its motion for summary judgment You don't get it granted unless there's no question of fact well I believe this question of fact in effect. I think you raised some of them. How can he be successful financially? But yet not have the will to overcome the aggression of this woman did to him when he was a trial So that's not to be determined by a motion That's be determined by a judgment here's testimony of my client There's testimony of his therapist her testimony of the respondent to know what she did throughout those years counsel, it's your position that the Point that he had a breakthrough was a change in circumstances according to the statute that would allow him to Modify the maintenance at the very least except that the maintenance has the provision saying it's not my fight No, no what happened was he was going through therapy and as I said in the brief, and I'm sorry I don't have it there was an incident that occurred where there was a high highly publicized action Jeffrey Epstein matter he watched it and had a breakthrough. That's when he was with his therapist They talked about it And then that's when he realized that he would been assaulted like all these women had been during the Epstein matter so that's when the breakthrough occurred regarding his Break it break from the dominance and control of this woman and you are Alleging that that is a change in circumstances that would allow you to have the issue of maintenance Opened up that's that's regarding the maintenance issue. That's part of it. That's a maintenance issue Okay, are you asserting any basis to modify maintenance other than the coercion the grooming etc? Which would invalidate the original marriage that is you're just alleging like he lost his job, right? No, we're saying that the judge ruled that he can only Modify or terminate maintenance into deals with financial issues, and I disagree with that This case is based on the statute in the dissolution of marriage act involving Invalidation of a marriage the statute talks about duress as a basis But we are a court that relies strongly on precedent in interpretation What's the best case you have for your contention in your argument that we can you know the court should have proceeded to Invalidate the marriage based on this set of facts well as opposed to somebody being Mentally disabled all the things that you know that's a problem We have with this case and I have mentioned this to many people this I believe the case of first impression And I know it's a big burden on all of us But what I would rely on regarding race judicata is the case of that. I cited in my brief the hood And I hope I do this correctly Ayasu versus the Illinois Department of Financial professional regulation and that Was an Illinois Supreme Court case 2014 Illinois one one six zero two three where the court stated and I quotes the rule in Illinois Is a race judicata extends only to facts and conditions as they were at the time of the judgment was entered When new facts or conditions intervene before a second action Establishing a new basis for the claims and defenses of the parties respectively the issues are no longer the same And the former judgment cannot be pleaded as a bar in a subsequent action But one of the elements of restrict the car is that it bars claims not only that were made But claims that could have been made that's correct here We have you know the first claim was a dissolution claim and there could have been an invalidation claim piggybacking along with it Because he wasn't aware of the circumstances and he only became aware of it on September 28 and 2020 so you I understand I read that case and I went some people I talked to went to that same thing, but It's not the same We could he could not as I said earlier Had he known this when he filed a petition for dissolution of marriage he would have filed a petition for invalidity of marriage So he could not have filed that claim because it was unknown to him Counsel you began by making a statement that that alluded to the Recent trend where Statutes are being changed and allowing women to come in and file claims based on rapes that occurred in 20 years ago And I just wanted to make sure that we correct the impression that there's a different standard that we would be applying That he was the victim of abuse It doesn't matter gender doesn't matter I Didn't mean to apply that that wasn't my point. It just said most of publicity deals with women You know this isn't my first time. I've had cases with some sexual abuse on both sides You know I do a lot of orders of protection. I do. I'm a big supporter of wings Which and Children Advocacy Center which deals with this type of issue, so no I understand that I represent a number of men who have gone in And gotten orders of protection for this very reason, so if that's what came across. I apologize. That was not my intent I didn't and we have about two minutes left for you, Mr.. Gabe well You know I have all these neat and nice things to say But I think basically we've covered most of it I don't think there's race judicata because as the court says you need an identity causes of action I believe we have two separate and distinct causes of action one is to invalidate a marriage means in marriage never existed The other is a dissolution of marriage means yeah, there is a marriage But now it's no longer in effect, and then in McDonald. You know the case said yes, you can invalidate a marriage it doesn't exist and counsel said in their brief That they felt that the McDonald is irrelevant, and I'll quote the marriage was never valid Oh, yes, that's true, and we believe that's a case in in this circumstances that because of what we have alleged My clients marriage was never valid. Thank you. Are there any other questions from the panel? No, thank you. We'll see you in a few minutes for five more minutes. Okay. Thank you Mr.. Astro you may proceed when ready May it please the court. I'd like to briefly address the McDonnell case because In McDonald it wasn't decided under under the invalidation of marriage statute the um Guardian who has been given letters of administration did file a petition to invalidate the marriage when the putative wife came in and tried to Get rid of his letters of administration claiming they had been married And but he withdrew that petition and just defended against her on the basis of the probate act which said that if there's a guy in the of an adult Incapacitated person that person cannot get married without the Guardian's permission which he had which he did not have so And that's the basis upon which the appellate court ruled so This situation is far from that that that marriage was never legal here Mr.. Andrew is claiming not that it was never legal But that I had no free will to enter into it, and I did not know that Once I entered into under under duress and the statute says Entered into under duress is is void isn't that But he doesn't plead any facts duress he all he pleads is the conclusive reward duress in fact his initial Petition to invalidate he says we got married at the insistence of Miss Andrew In Las Vegas, what does that mean that she said I'd break up with you if we don't get married I mean you could probably invalidate half the marriages and in the country for that that would be to remand and give him an opportunity to amend If it's just merely a question he didn't allege enough facts except that All of his claims are predicated on Having a mental incapacity which he did not claims not to have known about until September 28th 2020 Now when you make a claim of mental incapacity You're supposed to have an affidavit from a professional Verifying that you have that and we cited a couple of cases. I could have string cited if that wasn't Discouraged by the rules a rule is not a rule for you don't have to have a medical certificate attached No, you do you the case the cases that we cited A Mills versus McDuffie and the callous case which was a rule 23, but I attached to my You know in my appendix the callous case does so you cannot Belatedly claim a mental incapacity and then try to vacate a judgment that's several years old and Mills versus McDuffie And people versus Johnson and in Ray Bennett all of which we cited they're different they're in different areas of the law, but they all say you can't base a claim or defense on a mental incapacity without Having attached a either a letter or an affidavit For you would disclose an expert Oppose the expert expert would give an opinion. Well that how are we supposed to know this stuff, right? Because the person pleading the Claim or defense is supposed to have it doesn't necessarily have to be their expert who they're going to use a trial But it has to be a professional who verifies That there was a condition of which this person was only arts medical Malpractice there's a restature requirement that you have such an affidavit. I don't know of any requirement anywhere else well, I mean I I Can't recite all the facts in the cases. I did have cited in that regard, but I have but beyond that As mr. Gabe said now and has said in his brief his client was in therapy for many years and the the standard here for filing because He didn't really talk about the time bars For the Pleadings that he filed Is what when somebody knew or should have them now? that's what that triggers the beginning of the time bar and Somebody who's been in therapy for a long time and that never Came to the fore In all of the years that they were married and all the years he was saying it's therapist That means one of two things the therapist didn't diagnose that did not I mean certainly the therapist knew what had happened in the history of this marriage Well, the therapist told him quite a while ago, but he He would not want a court to know that he knew quite a while ago that this was a possibility Is there anything in the record that reveals specifically when he started therapy versus when he filed the petition to? Validate the marriage. No, it just says on and off for years. It's what it says It doesn't have a specific date, but the September 28th 2020 date is significant to because In that in that petition to invalidate he does not assert that he was under a mental incapacity When he got married, he just says he recites the facts of the case You know of the relationship and then says he was under her domination and control And doesn't explain why? When he filed his petition with the solution of marriage went through mediation at the settlement agreement negotiated with by an attorney Swore several times and he was acting voluntarily and under his own free will it is a fact Counseled that your client was engaged in a sexual relationship with a student And there's some dispute of course as to when that began he's alleged again 16 I think when your brief indicates it was Before he graduated from high school anyone disputes that he was a minor and she was not and you know in terms of the You know inferences or references to misogyny that have gone through here. You know it's it's equally misogynistic To simply assume that no male in his right mind would marry a woman 15 or 18 years older than he is And that's you know mister I don't want to get into a debate over the facts here because I don't think this is really a factual question there are two bases on which The court can dismiss him a failure to say a cause of action one is you know we say that he needed something in his pleadings more than his opinion that I realized when I read about Jeffrey Epstein Who you could have read about since? 2006 by the way and and he'd been arrested in July of 2019 and the story was never out of the paper But he It's also negated by the facts a cause of action can be negated by other known facts which make the cause of action not Cognizable and you know your honors went through a lot of them and one of them was the letter that was written in 2017 he That's partly reduced her payments he told her he wanted to have a complete break with her That 2017 letter a isn't in the record correct is not in the record I don't think it's in I don't think it's in the record and wasn't The offer proof which ended up not being admitted correct. Okay, so that's correct. How can we consider it? because it was testified to under oath by His client and that that's another thing about the practicalities involved here. He's been held in contempt he Did have the ability to pay he wrote her a check for over $460,000 and he hasn't appealed that so what are we? What are we sending this back for a hearing? to Have him present an expert my 80 year old client to hire an expert litigate this thing for two years and completely vitiate a marital settlement agreement that He Swore many times that he was entering to under his own free will and when you consider that they mediated it And then they each had attorneys I don't know how you could give any credence to someone coming in six or seven years later and saying I didn't I didn't know what I was doing and and and based on Facts that happened at that point. I think 35 years ago, or maybe a little less than that And yet, you know, I remained married for 20 years I Had a very successful career We negotiated something where we split up roughly 10 million dollars and now I can file what's Really more of a 214-01 petition Than a petition to terminate And Under under the basis that that something I swore to you wasn't true, but I didn't realize it wasn't true Listen let's distill this down to what we have in front of us. So right we have the petition to Invalidate the marriage which was dismissed on a pleading motion, right? Okay And the pleading and in question says it was under duress I Was a right, you know, I had this relationship. I was minor and mr. Gay gave this thing. Well, that's enough to take it to trial I don't see it. You know, I don't see that they got they got married nine years later He had gone away to college He and like I said, this is a fat-eating state saying I was under duress is not a fact saying that Facts I was threatened. I The allegations related to the differing positions Student teacher the age differential those all play into the claim of duress, right? Not nine years later you couldn't you might have been under duress when you entered into the relationship, but the relationship Continued even when you know continued through a separation when he was in college He's he's saying I was under a mental incapacity He's not really saying I was under duress. So he's pled no facts. That's a how does being in a relationship between a Somebody who's an adult and does have some authority over you and being a minor End up with you being forced nine years later being under duress nine years later when you go to Las Vegas and get married I I don't think there's a nexus between those things Well, that really is not something that you were able to determine or we were able to determine isn't that? Conscious position if this is something that maybe experts would have to come in and testify whether or not there is such a thing I I don't think anybody would testify to that. I don't think anybody would say I can tell you what this Because I don't think that somebody could come in and tell you what you think Well, this up this case is based on what he thinks Criminal cases all the time. Mr. Castro. We're an expert Opines as to the mental state of the defendant at the time. He committed the crime eight years ago You may be Maybe right. I don't practice criminal law, but but 30 years ago, I think is a bit of a stretch and plus every single act that he engaged in during the course of filing for a divorce and Negotiating an agreement and signing an agreement and testifying under oath That that's every single one of those things are going to be negated when he said I I had no free will When he testified I didn't have free will I entered into this free land voluntarily Well, he only said that because he didn't have free will I mean that I think that's just a ludicrous concept And I I don't see how you can try to overcome that with expert testimony And with regard to the to the maintenance issue in this petition to terminate the marital settlement agreement does say that here's the only two bases at which He can come in and modify and those two bases were I saw my interest in William Blair and we split up the money or I take a different job, and I make less money and Which interestingly in his reply brief He says I knew I was leaving William Blair and going to another job when we got the divorce But in the general provisions of the marital settlement agreement It says other than what's stated in the marital settlement agreement itself We weigh 502 of the Illinois marriage and dissolution of marriage act which generally allows somebody to Plead for a modification or a termination, so he comes in seven years later without alleging those Two things and saying well because those two things are in here I have a right to modify on any basis that I want to and that's simply not true that's why I say this is a an end-runner on the fact that his Ability to file a 214-01 petition ended after two years I Think as we argued in the brief What he has here is a self-diagnosis That and even when he made that self-diagnosis, which he claims he did on September 28th 2020 He filed his first petition to invalidate on October 19th he did not allege that he did not allege He was under a mental incapacity when he filed it and in answer to something You said justice the Lord it was filed on the same day that the petition for rule the show causes filed Which I believe in the record Mr.. Andrew had been notified that they were going to file a petition for rule because he stopped paying her after July 1st, so He does a 90-day Time bar for a petition to invalidate At the very most that time bar started to run on September 28th 2020 he did not feed it until His amended petition to invalidate which was on March 18th 2021 so in a best-case scenario He's time bar out of it, and I also think judge Kelly was right you can't part of the section 304 of the invalidation statute says If a court finds the marriage to be invalidated it should be retroactive to just before the marriage But then it also says that's a judge can Not do that if the judge feels it would be inequitable Under the circumstances of the case and it also says the statute says that all of the components of the divorce judgment won't apply So if the marriage is invalidated so clearly the intent of the legislature was If you were have one of the bases for invalidating a marriage you're going to have to bring it fairly quickly And it's and and then there's not going to be a divorce here There is a divorce judge Kelly was right this marriage was over this marriage was over under an enforceable contract Where all the property was distributed? And And a maintenance was set which both parties agreed to which is always a component of When you entered a marital settlement agreement you played off the property division with I'm again is the person going to get maintenance for how long and and in what amount and It's It's too late to initiate that and he does not have a cause of action to terminate the maintenance because he waived that He waited that cause of action when he signed the marital settlement agreement and I Presume he was well informed of what his rights were When he did file that And yes, you know certainly somebody can go to court and have a hearing and say and say the exact same things that Mr.. Davis saying here, but It's too late, it's time-borrowed, and it is raised judicata Because it is the same people it's the same cause of action and the issues He's raising now. He could have raised then and said the only reason I could have raised then I Could not have raised it then is because I suddenly realized it Seven years later nobody told me that my therapist didn't tell me that But when I read about Jeffrey Epstein and much Elaine Maxwell I realized I was in the same position as the weather doesn't the invalidation statute specifically contain language that says the Invalidation action may be brought within a certain number of days from when you realize That there were grounds for validation Well, it doesn't exactly say that it just says that that If you're under a mental incapacity which is a Basis he's using here is your position that mental incapacity in the invalidation statute that term okay? refers to adjudicated mental incapacity only Well if you're going to go to a hearing and try to prove it Absolutely, and when I adjudicated I mean that the person is under a guardianship No, I think it's the same as as any other Psychological condition Depending on the cause of action if the judge believes that that's true then it's a good claim or defense, but here That claim is negated by the history of these two people And you know I do stand by You know part of what I was going to say here, and I guess I saw it in a moment Okay Courts have assiduously Not allowed that Pandora's box to be opened where people can come in and I think the callous case is pretty significant in that regard But there's many cases where you can't come in and say I shouldn't have done what I did I shouldn't have entered this agreement I shouldn't have entered this judgment because I suffered from some sort of incapacity or duress which I couldn't could have mentioned then But I just realized that I mean that you open that Pandora's box and anyone could go to the Figures called the statistics of psychiatric SDM and find a condition and say you know I just realized I was bipolar When I signed that agreement, and then they get a hearing because they said that I you know without any Verification at the time of the pleading that that occurred and And in the in this case in the presence of a 35 year history Where History that began when he was 16 years old 16 17 18 years old having a relationship with an adult 10 20 years his elder who had a position of authority and trust over him as his teacher Which is prohibited in our general society for reasons that? Go to the fact that the children are not able to exercise the authority to say no stop go away You can't do this so all of those things play into the Possible Disability and that and the point is I can't determine whether that was real you can't determine that was real and There is some People want to assume because it's a boy that that didn't happen No, that's not true at all. We we recognize that it happened and we recognize That it was illegal that it probably had an impact on him, but the impact didn't last It through his getting married being in marriage for 20 years and getting divorced and the standard is new or should of them If your complaint is the absence of a verification and this is the remedy for that To remand to give them opportunity to provide it there he had an opportunity to he was a lot of women both his pleadings that got dismissed and And you're supposed to know What the requirements are of a pleading when you file them and And we don't think he met those requirements and even if he he had Every all the things that happened in the interim Negated his claim that he had that cause of action and and the should have known standard You know you're you're giving The thing he had no even though he was going to therapy. He had no responsibility for ascertaining the Supposed impact on his psyche For 35 years and and I I you know I have an 80 year old client and we're and and Your time expired okay, let me make sure we have no other questions, thank you I Will be brief unless you have such questions I was listening to what mr. Houser was saying and it seems to me that he was arguing my position that we have questions of fact the words he used were credence facts To Duress mental incapacity these are all questions of fact and they brought up in their brief Why don't we follow to 1401 petition well because that means they would have been married at one time They still would have been married that was not the purpose purpose was to show that they never were legally married under the statute And Answer the court's question Section 302 of the act states in action It must be filed quote no later than 90 days after the petitioner obtained knowledge of the described condition So yes, mr. Gabe the question came in my mind as the result of the last argument The marital settlement agreement all right, which your client signed? Well into is probably in his 40s or something right Somewhere around yes, okay It says that the maintenance can't be modified Unless he I think it's a son is interested in William Blair or even takes another job, okay? Otherwise, it's it's permanent right that is what it says correct The ultimate goal here is to eliminate the maintenance required No no the ultimate goal here is to Prove that he was never married to this woman, but it is 40s. He signs the marital settlement agreement All right death when he'd already filed for divorce How does that appear the last version he had already filed for divorce? Yes, okay? How do we get around? The breast eudicata problem that at that point he signed in an open court Pleading that said I've agreed to all this under the auspices of the court Yes, he already did that he also testified in open court that he read the agreement he understood it But he didn't understand what the condition his mental condition was at the time that he signed the agreement He didn't know the condition when he got married didn't know the condition when he get filed for dissolution of marriage He didn't know when the marital settlement agreement was negotiated or signed or when he testified None of that was to his knowledge of what occurred it finally came out in September of 2020 That's when he realized that all of this Should never have happened it all goes back to the same thing and it's all a question of fact in my mind Yes, is there a question? Well did he really think this? What's your view? Counsel's argument that you're required to supply an affidavit or some sort of a bear Those cases that I recall they were not at the pleading stage So I recall they were at trial they there was no testimony that he you know That's he came in and my client came in said all I had this problem We don't bring a therapist in or professionals. Yes that he should not be successful But I don't think it's necessary to do it at the pleading stage because that is and I keep saying this is a question of This is all a question of fact and I don't think again that it should be determined on the motion practice. This has to be set to trial Any questions from the panel If not, we thank you for a very interesting case, which is well briefed on both sides The court takes the matter under advisement and you will hear from us in due course